[No. 35102-1-II. Division Two. February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02078-6, Frederick W. Fleming, J., entered June 16, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[Nos. 35366-1-II; 35574-4-II. Division Two. February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA LEE SMITH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID PETERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 06-1-00352-9, Frederick W. Fleming, J., entered September 15, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35521-3-II. Division Two. February 12, 2008.]

*In the Matter of* THE PORT OF TAHUYA.

Appeal from a judgment of the Superior Court for Mason County, No. 05-2-01083-9, Toni A. Sheldon, J., entered September 25, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35650-3-II. Division Two. February 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD R. DAHMAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00374-8, Toni A. Sheldon, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.